IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THERESA MALONE, individually and as shareholders of and on behalf of Blue Valley Foods, Inc., a Nebraska corporation; LEE PRESTON, individually and as shareholders of and on behalf of Blue Valley Foods, Inc., a Nebraska corporation; JULIE O'NEAL, individually and as shareholders of and on behalf of Blue Valley Foods, Inc., a Nebraska corporation; TERRY MITCHELL, individually and as shareholders of and on behalf of Blue Valley Foods, Inc., a Nebraska corporation; and TERESA WATSON, individually and as shareholders of and on behalf of Blue Valley Foods, Inc., a Nebraska corporation;<br><br>                Plaintiffs,<br><br>  vs.<br><br>KANTNER INGREDIENTS, INC., KANTNER REAL ESTATE, LLC, KANTNER CUSTOM DAIRY, LLC, CHIANTI CHEESE OF NEW JERSEY, INC., DOUGLAS KANTNER, KANTNER GROUP, INC., CUSTOM DAIRY PRODUCTS, LLC, KEVIN RUTTER, acting in his official capacity as Director of Blue Valley Foods, Inc.;<br><br>                Defendants. | 4:12CV3190<br><br>**ORDER** |

      Plaintiffs' recently filed Motion to Compel, (Filing No. 104), contains a "Notice of Hearing" instructing Defendants to appear before the undersigned Magistrate Judge on October 8, 2013. However, Plaintiffs have not requested a hearing on the motion in compliance with Local Rule NECivR 7.1(d), which provides:

> Any request for oral argument or for an evidentiary hearing by a moving party must be included in the motion or else presented by a separate motion filed no later than the deadline for filing a reply brief. . . . In general the court does not allow oral argument or evidentiary hearings on motions. The party requesting oral argument or an evidentiary hearing must state (1) why

argument or a hearing is necessary and (2) an estimate of the time required for the argument or hearing.

Accordingly,

IT IS ORDERED that Plaintiffs' "Notice of Hearing" contained in Filing No. 104 is hereby stricken.

Dated this 25th day of September, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge