IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THERESA MALONE, LEE PRESTON, JULIE O'NEAL, TERRY MITCHELL and TERESA WATSON, individually and as a derivative action on behalf of BLUE VALLEY FOODS, INC., a Nebraska corporation,<br><br>    Plaintiffs,<br> vs.<br><br>DOUGLAS KANTNER, KANTNER GROUP, INC., KANTNER INGREDIENTS, INC., CHIANTI CHEESE COMPANY OF NEW JERSEY, INC, KANTNER CUSTOM DAIRY PRODUCTS, LLC,<br><br>KEVIN RUTTER, KEVIN RUTTER, acting in his official capacity as Director of Blue Valley Foods, Inc.,<br><br>    Defendants,<br><br>and<br><br>BLUE VALLEY FOODS, INC.,<br><br>    Nominal Defendant. | Case No. 4:12cv3190<br><br><br><br><br><br><br><br><br><br>**ORDER REGARDING DISCLOSURE OF SEALED DOCUMENT** |

  The Defendants have filed a document with the Court under seal (Docs. 184 and 185). The document contains a confidentiality clause, but is otherwise discoverable and relevant to the issues raised in the Fifth Amended Complaint in this matter. The Plaintiffs have moved to compel production of the sealed document.

  The Court finds that the document should be produced, under the following conditions:

609230

2

1.  The parties and their counsel shall treat the document as confidential, and shall not disclose the document to any other individual or entity.

2.  The parties shall only use the document for purposes of this lawsuit.

3.  At the conclusion of this lawsuit, whether through settlement or otherwise, the Plaintiffs are ordered to return all copies of the document to their counsel. Counsel for the Plaintiffs shall destroy all copies of the document and shall confirm such destruction in writing to counsel for the Defendants.

Dated this **29th** day of August, 2014.

_____
The Honorable Cheryl L. Zwart
United States Magistrate Judge

Prepared and Submitted by:

Craig C. Dirrim, #20055
Woods & Aitken LLP
301 S. 13th Street, Suite 500
Lincoln, Nebraska 68508
(402) 437-8500
cdirrim@woodsaitken.com

2