# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THERESA MALONE, individually and as a derivative action on behalf of Blue Valley Foods, Inc., a Nebraska corporation, et. al; | 4:12CV3190 |
| Plaintiffs, | ORDER |
| vs. | |
| KANTNER INGREDIENTS, INC., et. al; | |
| Defendants. | |

IT IS ORDERED:

The motion to permit Barry H. Wolinetz, and Wolinetz, Horvath, Baker & Wick, a/k/a Wolinetz Law Offices, LLC to withdraw as counsel on behalf of Defendants, (filing no. 328), is granted.

August 26, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge