IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THERESA MALONE, individually and as a derivative action on behalf of BLUE VALLEY FOODS, INC., a Nebraska corporation, et al., | 4:12-CV-3190 |
| Plaintiffs, | MEMORANDUM AND ORDER |
| vs. | |
| DOUGLAS KANTNER, et al., | |
| Defendants. | |

This matter is before the Court on plaintiffs' objection[1] (filing 254) to the Magistrate Judge's order (filing 251) denying plaintiffs' motion (filing 242) for modification of scheduling order; and plaintiffs' objection (filing 294) to the Magistrate Judge's order (filing 281) denying plaintiffs' motion to compel (filing 268). These objections will be overruled.

A district court may reconsider a Magistrate Judge's ruling on nondispositive pretrial matters only where it has been shown that the ruling is clearly erroneous or contrary to law. *See,* 28 U.S.C. § 636(b)(1)(A); *Ferguson v. U.S.,* 484 F.3d 1068 (8th Cir. 2007). The Court has fully reviewed the plaintiffs' objections and the defendants' responses, the underlying motions and briefs, and the evidence adduced before the Magistrate Judge. Being fully advised in the premises, the Court agrees with the Magistrate Judge's ruling, and overrules the plaintiffs' objections for the reasons explained by the Magistrate Judge in her memoranda and orders (filings 251 and 281).

IT IS ORDERED that the plaintiffs' objections (filing 254 and 294) are overruled.

Dated this 2nd day of September, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge

---

[1] Plaintiffs style this objection as an "appeal" of the magistrate's ruling. However, the Court considers it as an objection pursuant to NECivR 72.2(a).