IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

THERESA MALONE, individually and as
a derivative action on behalf of Blue Valley
Foods, Inc., a Nebraska corporation; LEE
PRESTON, individually and as a derivative
action on behalf of Blue Valley Foods, Inc.,
a Nebraska corporation; JULIE O'NEAL,
individually and as a derivative action on
behalf of Blue Valley Foods, Inc., a
Nebraska corporation; TERRY
MITCHELL, AND individually and as a
derivative action on behalf of Blue Valley
Foods, Inc., a Nebraska corporation; and
TERESA WATSON, individually and as
a derivative action on behalf of Blue Valley
Foods, Inc., a Nebraska corporation;

        Plaintiffs,

    vs.

DOUGLAS KANTNER, AND  BLUE
VALLEY FOODS, Inc., Nominal
Defendant;

        Defendants.

**4:12CV3190**

**ORDER**

Pursuant to the parties' stipulation, (Filing No. 389), which is hereby approved,

IT IS ORDERED that the garnished funds held by Morgan Stanley, Wells Fargo, and JP Morgan/Chase pursuant to the Writs of Garnishment issued for collection of the judgment against Douglas Kantner in this lawsuit are hereby released.

Dated this 19th day of October, 2016

        BY THE COURT:

        *s/ Cheryl R. Zwart*
        United States Magistrate Judge