IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THERESA MALONE, et al., Plaintiffs, | ) | CASE NO: 4:12cv3190 |
| vs. | ) | ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED |
| KANTNER INGREDIENTS, INC., et al. Defendants. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Trial Exhibits from Trial held 12/7/15 through 12/10/15.

Plaintiffs' Exhibit Nos. 1-20, 23, 29-31, 36, 38-47, 49-50, 52, 54, 56, 58, 60, 79, 81, 85, 87, 88, 92, 93, 97, 101, 104, 106, 109-111, 117, 120, 129, 131, 142, 142A, 146, 147, 153, 158, 161, 163-167, 169, 170, 174, 175, 177-180, 185-187, 190, 193, 195, 196, 210, 212, 213, 219, 221, 223-226, 228, 229, 233, 234, 236, 250, 261, 268, 275-278, 300-303, 306-310 and copy of DVD of plaintiffs' exhibits

Defendants' Exhibit Nos. 407, 420, 423, 426, 428, 429-438, 441, 444, 447, 450, 452, 453, 460-464

Plaintiffs' Exhibit Nos. 1 – 11 from show cause hearing held 3/20/15.

If counsel fail to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 31st day of October, 2016.

s/ John M. Gerrard
United States District Judge